*A. Bradley Eben* for petitioners. *Henry M. Hogan* for respondents. *Solicitor General Perlman* filed a brief for the United States, as *amicus curiae*, supporting the petition. 

No. 211. NIAGARA HUDSON POWER CORP. *v.* LEVENTRITT; and

No. 212. SECURITIES & EXCHANGE COMMISSION *v.* LEVENTRITT. C. A. 2d Cir. Certiorari granted. *Randall J. LeBoeuf, Jr.* and *Craigh Leonard* for petitioner in No. 211. *Acting Solicitor General Raum* and *Roger S. Foster* for petitioner in No. 212. *T. Roland Berner* for respondent. Reported below: 179 F. 2d 615.

No. 217. COLLINS ET AL. *v.* HARDYMAN ET AL. C. A. 9th Cir. Certiorari granted. *Aubrey N. Irwin* for petitioners. *A. L. Wirin, Fred Okrand, Robert R. Rissman, Arthur Garfield Hays, William Egan Colby* and *Clore Warne* for respondents. 

No. 218. UNITED STATES *v.* YELLOW CAB CO. C. A. 3d Cir. Certiorari granted. *Acting Solicitor General Raum* for the United States. *Wm. A. Schnader* for respondent. 

No. 41. MAGUIRE INDUSTRIES, INC. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Eugene Daniel Powers* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison* and *Paul A. Sweeney* for the United States. 

No. 44. LITTLETON *v.* McNEILL ET AL.; and

No. 58. KINCAID *v.* LITTLETON. C. A. 4th Cir. Certiorari denied. *Elmer McClain* for Littleton. *Armi-*